UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 18-cv-1761-pp

APPROXIMATELY $4,004 IN UNITED
STATES CURRENCY,

    Defendant.

---

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT (DKT. NO. 10) AND CLOSING CASE**

---

The United States filed this case on November 7, 2018, seeking civil forfeiture of the above-named *in rem* defendant. Dkt. No. 1. Two months later, on January 8, 2019, the plaintiff applied to the clerk of court for entry of default, dkt. no. 9, and filed a motion for default judgment, dkt. no. 10. The clerk's office entered default the next day.

Based on the representations in the plaintiff's motion for default judgment, the court **FINDS** that no timely verified claim has been filed as to the defendant property and that the time to file a claim as to the defendant property has expired.

The court **GRANTS** the plaintiff's motion for default judgment. Dkt. No. 10.

The court **ORDERS** that the defendant property—approximately $4,004 in United States currency—is **FORFEITED** to the United States of America.

1

The court **ORDERS** that no right, title, or interest in the defendant property shall exist in any other party.

The court **ORDERS that** the United States Marshals Service for the Eastern District of Wisconsin or its duly authorized agent shall seize the defendant property and dispose of it according to law.

The court **ORDERS** that this case is **CLOSED.**

Dated in Milwaukee, Wisconsin this 8th day of July, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER
United States District Judge**